1178

No. 05–7720. JAMES v. HUSKINS. C. A. 4th Cir. Certiorari denied.

No. 05–7724. OWSLEY v. McGUIRE, SUPERINTENDENT, TIPTON CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 05–7725. YOUNG v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 05–7727. THOMAS v. EVANS, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–7728. VOSS v. WHORTON, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–7729. WALKER v. GREENE, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 05–7730. WARNER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 05–7733. WATSON v. KNOWLES, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–7735. DOWNING v. IGNACIO. C. A. 9th Cir. Certiorari denied.

No. 05–7743. STEPHENS v. COTTEY ET AL. C. A. 7th Cir. Certiorari denied.

No. 05–7755. MATTHEWS v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 05–7757. JOHNSON v. ROZUM, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–7758. JAMES v. RAY. C. A. 4th Cir. Certiorari denied.

No. 05–7762. OZENNE v. CHASE MANHATTAN BANK ET AL. C. A. 9th Cir. Certiorari denied.